In the Matter of STEARNS MOTORS, INC., Petitioner, v DEPARTMENT

OF MOTOR VEHICLES OF THE STATE OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent Department of Motor Vehicles, dated April 26, 1977, which, after a hearing, imposed a $200 penalty against the petitioner for violation of motor vehicle repair shop regulations. Determination confirmed and proceeding dismissed, on the merits, with costs. The determination was supported by substantial evidence. Mollen, P. J., Hopkins, Martuscello and Shapiro, JJ., concur.